746 A.2d 1116

## ZONING HEARING BOARD OF the CITY OF UNIONTOWN, Appellee,

v.

## CITY COUNCIL OF the CITY OF UNIONTOWN, Appellant.

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided March 23, 2000.

Daniel L. Webster, Uniontown, for City Council of Uniontown.

Phyllis A. Jin, Uniontown, Michael J. Savona, Brownsville, for Zoning Bd.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.